JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NIERA, | Case No. CV 11-192-JGB (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| B.M. CASH, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 30, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE